## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE: )
)
PATRICIA BUNT )
)
) CASE NO. 09-43339
Debtor(s) )

### WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM

Comes now the Debtor, by and through her attorney, and Withdraws the Debtor's Objection to claim number 1 filed by **TITLEMAX OF ALABAMA, INC. D/B/A TITLEMAX.**

**LEGAL CLINIC OF SEMMES & SEMMES, PC**

**BY: /S/MARCUS A. SEMMES ABS-6791-A64S**
**MARCUS A. SEMMES**
**Attorney for Debtor**
**1207 Noble Street**
**Anniston, AL 36201**
**(256) 236-7354**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this February 23, 2010, served a copy of the foregoing to Titlemax of Alabama, 15 Bull Street, Savannah, GA 31401, by electronic means or by first class, United States Mail, postage prepaid.

/S/MARCUS A. SEMMES ASB-6791-A64S
**MARCUS A. SEMMES**
**ATTORNEY AT LAW**